1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MAITLAND, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, and Does 1 to 10, Inclusive,<br><br>Defendants. | Case No. **SACV10-00374 CJC (FMOX)**<br><br>[~~PROPOSED~~] ORDER APPROVING STIPULATION OF THE PARTIES<br><br>Judge:    Hon. Cormac J. Carney<br>Court No.:  9B<br><br>Action Filed:    March 26, 2010 |

1    [PROPOSED] ORDER

Based on the parties' stipulation and good cause appearing, the Plaintiff is granted leave to file a Second Amended Complaint, after which Defendant shall have thirty (30) days to answer, move, or otherwise respond.  In light of the filing of the Second Amended Complaint, the motion to dismiss [Doc No. 17] is off calender without prejudice to Defendant raising the same or different challenges to the Second Amended Complaint or any subsequent complaints.  Discovery is stayed until challenges to the complaint are resolved and the Defendant files an answer, and any responses and/or objections to pending discovery shall be due 30 days after the Defendant files an answer.

**IT IS SO ORDERED.**

Dated: October 7, 2010

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE