NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MAITLAND, an individual, on behalf of himself, and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC., a Delaware Corporation, and Does 1 to 10, Inclusive,<br><br>Defendants. | Case No. **SACV10-00374 CJC (FMOx)**<br><br>[~~PROPOSED~~] ORDER RE: MOTION TO DISMISS [DOC. NO. 24]<br><br>Judge: Hon. Cormac J. Carney<br>Court No.: 9B<br><br>Action Filed: March 26, 2010 |

[~~PROPOSED~~] ORDER

Based on the parties' stipulation and good cause appearing, the following schedule shall apply to the motion to dismiss [Doc. No. 24]:

1. Plaintiff's Opposition shall be filed and served by December 13, 2010;
2. Defendant's Reply shall be filed and served by December 23, 2010;
3. The Hearing on the Motion to Dismiss shall be heard on January 24, 2011 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: 12/7/10

_____
HON. CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE